IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SILVA WILSON,
   Plaintiff,

vs.            Case No.: 4:05cv219/MMP/EMT

HAMPTON, et al.,
   Defendants.
_____/

## REPORT AND RECOMMENDATION

   This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  Plaintiff failed to pay the filing fee or seek leave to proceed in forma pauperis, therefore, on June 30, 2005, the court directed him to pay the filing fee or submit the requisite documentation to proceed in forma pauperis (*see* Doc. 3).  At Plaintiff's request, the court granted Plaintiff an extension of time until January 23, 2006, to comply with the previous order (*see* Docs. 5, 6).  Plaintiff failed to comply with the order, therefore, on January 26, 2006, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 10).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

   Accordingly, it is respectfully **RECOMMENDED**:

   That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 28<u>th</u> day of June 2006.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

    **Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**